| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: SUMMONS, COMPLAINT<br>EFFECTED (1) BY ME: OUT OF STATE<br>TITLE: PROCESS SERVER | DATE: 7/24/07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SPECTRUM FINANCIAL GROUP, INC.

Place where served: 7047 E. Greenway Parkway Scottsdale, AZ

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Claudette Connor

Relationship to defendant: Assistant C.E.O.

Description of person accepting service:

SEX: F  AGE: 40 or  HEIGHT: 6'0  WEIGHT: 160  SKIN: white  HAIR: blond  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/24/2007

Rafael Bencomo L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

RECEIVED SDNY DOCKET UNIT 2007 AUG 30 A 11:55

ATTORNEY:   ANDREW L. LIPUT, ESQ.
PLAINTIFF:  ICON RESIDENTIAL CAPITAL, LLC
DEFENDANT:  SPECTRUM FINANCIAL GROUP, INC.
VENUE:      SOUTHERN DISTRICT OF NEW YORK
DOCKET:     07 CIV 6436

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RN