# LIPUT LAW OFFICES, P.C.

*Serving the Mortgage Industry*
P.O. Box 2014
Pine Brook, NJ 07058
Toll Free 1-888-424-3728
Fax 973-276-5371

*New York Office*
790 New York Avenue, Suite 201
Huntington, NY 11743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/07

October 15, 2007

*[Handwritten: The conf. is cancelled. 10-15-07  /s/ AKH]*

**VIA FAX 212-805-7942**

Hon. Alvin K. Hellerstein
US District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Icon Residential Capital LLC v. Spectrum Financial Group, Inc.**
Docket No.: 07 CIV 6436

Dear Judge Hellerstein:

Kindly be advised that I represent the plaintiff, Icon Residential Capital LLC, in connection with the above-referenced action.

The defendant has failed to answer the complaint within the time allowed and we are filing a default in this matter. As such, we respectfully request an adjournment of the court conference presently scheduled on October 19, 2007 at 9:30 a.m. Please note that this is the first request for adjournment.

Please advise whether this adjournment is acceptable at your earliest convenience.

If you have any questions, please feel free to contact me.

Very truly yours,

Andrew Liput

ALL/br