UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF NEW YORK
------------------------------------------------------------x
ICON RESIDENTIAL CAPIATL LLC.

                    Plaintiff,        '07 Civ. 6436 AKH

    -against-                  **DEFAULT JUDGMENT**

SPECTRUM FINANCIAL GROUP, INC.

                    Defendant.
------------------------------------------------------------x

This action having been commenced on July 16, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Spectrum Financial Group, Inc. on July 24, 2007 by Cloudette Conner/Assistant CEO, and proof of service having been filed on ~~August 30,~~ Sep 7, 2007 and the defendant not having answered the Complaint, and the time for answering the complaint has expired, [and the Clerk having certified the default,] it is

ORDEREED, ADJUGED AND DECREED: That the plaintiff have judgment against defendant in the ~~liquidation~~ amount ~~of $1,101,195.14 with interest at 6% from April 26, 2007 amounting to $33,938.85~~ to be proved by papers filed on or before Jan. 18, 2008. ~~plus costs and disbursements of this action in the amount of $_____ amounting in all to $_____.~~

Dated: New York, New York
12/12/07

                                          U.S.D.J.

~~This document was entered on the docket on_____~~

Pl. shall serve notice of this default jmt on def't w/in 7 days from this date.